IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| JONATHAN DEAN, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 3:08cv00209 SWW |
| | * | |
| | * | |
| AMERICAN MATERIAL HANDLING | * | |
| COMPANY, | * | |
| | * | |
| Defendant. | * | |

<u>ORDER</u>

The trial of this matter scheduled for July 19, 2010, must be continued because of a trial setting in another matter that takes precedence.  The Court will issue an amended Scheduling Order in due course.


IT IS SO ORDERED this 28th day of June 2010.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE