IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| JONATHAN DEAN, on behalf of himself and all others similarly situated, | * * * | |
| Plaintiff, | * | |
| vs. | * * * | No. 3:08cv00209 SWW |
| AMERICAN MATERIAL HANDLING COMPANY, INC., an Arkansas corporation, | * * * | |
| Defendant. | * | |

## ORDER

The joint motion [doc.#19] of the parties to dismiss this action with prejudice is hereby granted.

IT IS SO ORDERED this 22nd day of March 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE